IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEIDRA BYAS, Individually and on Behalf**     **PLAINTIFF**
**of Her Minor Child, J.B.**

**V.**     **NO. 4:15-CV-65-DMB-JMV**

**CLEVELAND SCHOOL DISTRICT, et al.**     **DEFENDANTS**

## ORDER DISMISSING CASE
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled or is in the process of being settled. Therefore, it is unnecessary that the case remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 12th day of October, 2016.

                                               **/s/ Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**